AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

United States of America )
v. )
Kyleen Ca____ ) Case No. 2:14-mj-469
Defendant ) Charging District: CR14-399
) Charging District's Case No.

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | US District Court Eastern District of New York | Courtroom No.: as directed |
| | | Date and Time: Aug 15, 2014, 10 AM |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: July 17, 2014

_____
Judge's signature

C.W. HOFFMAN, JR., U.S. MAGISTRATE JUDGE
*Printed name and title*

FILED / ENTERED / SERVED ON / COUNSEL/PARTIES OF RECORD
JUL 17 2014
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ___ DEPUTY